**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert W. McCANDLESS,**
**Defendant–Appellant.**

**No. 15–14632**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 25, 2016.

Stephen M. Kunz, Assistant U.S. Attorney, Pamela C. Marsh U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Joseph F. Debelder, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, Darren James Johnson, Megan Saillant, Federal Public Defender's Office, Gainesville, FL, Robert W. Mccandless, USP Lee–Inmate Legal Mail, Jonesville, VA, for Defendant–Appellant.

Before HULL, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Darren Johnson, appointed counsel for Robert McCandless in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and McCandless's convictions and sentences are **AFFIRMED.**